| Doe No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | FileHash | ISP | city |
|---|---|---|---|---|---|---|
| 1 | 63.155.134.26 | µTorrent 3.1 | 01/05/2013 10:25:23 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Century Link | Eugene |
| 2 | 71.193.251.180 | Vuze 4.8.1. | 02/16/2013 11:24:53 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Salem |
| 3 | 76.115.239.4 | µTorrent 3.2 | 02/15/2013 08:42:26 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Salem |
| 4 | 72.160.89.12 | Vuze 4.8.1. | 02/14/2013 06:22:34 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | CenturyTel Int | Lebanon |
| 5 | 24.20.12.56 | BitTorrent 7 | 02/14/2013 01:22:41 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Eugene |
| 6 | 71.94.231.92 | BitTorrent 7 | 02/05/2013 06:00:29 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Florence |
| 7 | 75.170.20.103 | BitTorrent 7 | 02/04/2013 04:44:04 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Cottage Gro |
| 8 | 209.237.90.140 | BitComet 1. | 02/04/2013 06:53:04 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | LS Networks | Monmouth |
| 9 | 72.14.113.235 | µTorrent 3.2 | 01/26/2013 01:40:04 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | ISP Alliance | Prineville |
| 10 | 72.160.91.190 | µTorrent 3.2 | 01/24/2013 06:47:56 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | CenturyTel Int | Lebanon |
| 11 | 24.21.10.111 | µTorrent 3.2 | 01/23/2013 11:28:28 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Salem |
| 12 | 24.20.62.239 | µTorrent 3.2 | 01/23/2013 11:28:01 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Salem |
| 13 | 204.195.42.4 | BitTorrent 7 | 01/22/2013 04:01:23 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Wave Broadba | Silverton |
| 14 | 71.237.180.89 | µTorrent 3.2 | 01/21/2013 11:07:17 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 15 | 24.20.14.132 | BitTorrent 7 | 01/13/2013 03:54:27 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Eugene |
| 16 | 63.155.190.93 | BitTorrent 7 | 01/13/2013 03:36:35 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Eugene |
| 17 | 68.186.25.192 | libtorrent (R | 01/12/2013 11:50:00 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Newport |
| 18 | 24.20.134.157 | µTorrent 3.2 | 01/12/2013 08:50:41 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Corvallis |
| 19 | 63.155.133.87 | Vuze 4.7.1. | 01/11/2013 03:40:01 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Eugene |
| 20 | 174.22.1.139 | BitTorrent 7 | 01/10/2013 07:46:22 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Eugene |
| 21 | 173.164.84.242 | µTorrent 3.2 | 01/09/2013 11:16:33 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Busir | Salem |
| 22 | 72.160.95.243 | µTorrent 3.2 | 01/09/2013 10:15:19 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | CenturyTel Int | Creswell |
| 23 | 173.202.212.171 | µTorrent 3.2 | 01/09/2013 09:31:37 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | CenturyTel Int | Sweet Home |
| 24 | 24.20.19.149 | µTorrent 3.2 | 01/08/2013 07:27:57 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Corvallis |
| 25 | 50.137.53.242 | µTorrent Ma | 01/08/2013 06:00:47 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Eugene |
| 26 | 97.125.104.50 | µTorrent 3.2 | 01/07/2013 07:11:44 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Eugene |
| 27 | 209.237.95.230 | µTorrent 3.2 | 01/06/2013 06:32:43 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | LS Networks | Independen |
| 28 | 71.80.201.135 | BitTorrent 7 | 01/05/2013 04:27:08 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Roseburg |
| 29 | 204.195.42.45 | µTorrent 1.7 | 01/04/2013 07:48:48 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Wave Broadba | Silverton |
| 30 | 63.155.132.37 | qBittorrent 2 | 01/03/2013 08:25:11 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Corvallis |
| 31 | 72.35.142.223 | BitTornado | 01/03/2013 07:04:17 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Bend Cable C | Bend |
| 32 | 24.20.56.228 | µTorrent 3.1 | 01/02/2013 01:00:13 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Salem |
| 33 | 71.193.184.202 | BitTorrent 7 | 01/01/2013 10:56:56 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Eugene |
| 34 | 24.21.62.72 | Vuze 4.8.0. | 01/01/2013 12:47:51 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Eugene |
| 35 | 67.160.131.66 | Vuze 4.8.0. | 12/29/2012 04:25:24 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Eugene |
| 36 | 71.236.198.179 | Vuze 4.8.1. | 12/24/2012 11:44:36 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Salem |
| 37 | 98.232.202.222 | Vuze 4.5.0. | 12/23/2012 06:36:39 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Albany |

Exhibit 1                           The Thompsons Film, LLC v. Does 1-155                                                    1

| # | IP | Client | Date/Time | Hash | ISP | City |
|---|---|---|---|---|---|---|
| 38 | 63.155.167.11 | Vuze 4.8.0.0 | 12/21/2012 02:59:33 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Eugene |
| 39 | 24.21.61.206 | Vuze 4.8.1.2 | 12/19/2012 06:25:58 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Eugene |
| 40 | 24.21.61.206 | Vuze 4.8.0.0 | 12/18/2012 02:59:19 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Eugene |
| 41 | 98.232.204.61 | BitComet 1. | 12/18/2012 03:18:08 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Corvallis |
| 42 | 76.115.214.28 | µTorrent 3.2 | 12/16/2012 12:59:40 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Salem |
| 43 | 68.185.20.182 | µTorrent 3.2 | 12/15/2012 05:11:42 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Reedsport |
| 44 | 67.170.167.57 | µTorrent 3.1 | 12/10/2012 07:24:13 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Eugene |
| 45 | 98.246.127.165 | µTorrent 3.2 | 12/10/2012 06:12:13 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Salem |
| 46 | 71.56.159.95 | µTorrent 3.1 | 12/09/2012 07:02:29 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Eugene |
| 47 | 76.115.80.154 | Vuze 4.8.0.0 | 12/08/2012 09:20:48 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Salem |
| 48 | 75.142.145.161 | µTorrent 3.1 | 12/03/2012 11:19:06 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Roseburg |
| 49 | 204.195.42.4 | BitTorrent 7 | 12/02/2012 06:37:06 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Wave Broadband | Silverton |
| 50 | 71.237.154.147 | µTorrent Ma | 01/03/2013 08:04:28 PM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Salem |
| 51 | 76.115.241.184 | µTorrent 3.2 | 12/18/2012 06:49:13 PM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Eugene |
| 52 | 67.171.209.97 | BitTorrent 7 | 01/04/2013 04:16:35 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Comcast Cable | Eugene |
| 53 | 67.5.249.153 | BitTorrent 7 | 02/26/2013 02:21:42 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 54 | 68.116.122.78 | µTorrent 3.2 | 02/23/2013 06:05:27 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Dallas |
| 55 | 50.53.46.147 | µTorrent 2.2 | 02/19/2013 08:33:48 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Portland |
| 56 | 50.45.145.175 | µTorrent 3.2 | 02/18/2013 07:26:29 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Gresham |
| 57 | 24.21.246.178 | BitTorrent 7 | 02/15/2013 06:12:26 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 58 | 67.42.14.233 | Vuze 4.8.1.2 | 02/14/2013 09:48:34 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 59 | 71.236.165.230 | Vuze 4.8.1.2 | 02/11/2013 09:25:49 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 60 | 71.36.100.146 | µTorrent Ma | 02/11/2013 12:11:53 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 61 | 50.43.52.42 | µTorrent 3.2 | 02/10/2013 10:08:55 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Gresham |
| 62 | 24.21.122.128 | µTorrent 3.2 | 02/10/2013 12:34:16 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Hillsboro |
| 63 | 76.105.189.82 | µTorrent 3.1 | 02/08/2013 03:27:31 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 64 | 98.246.210.152 | µTorrent 3.2 | 02/06/2013 06:33:19 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 65 | 71.236.153.82 | µTorrent 3.3 | 02/06/2013 06:19:07 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 66 | 71.94.169.107 | Vuze 4.8.0.0 | 02/06/2013 04:51:30 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Astoria |
| 67 | 98.246.12.147 | BitTorrent 7 | 02/06/2013 04:42:42 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 68 | 67.5.198.146 | µTorrent 3.2 | 02/06/2013 04:21:42 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 69 | 174.140.166.192 | µTorrent 3.2 | 02/05/2013 11:03:03 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | DirectSpace N | Portland |
| 70 | 76.27.235.14 | µTorrent 3.2 | 02/01/2013 04:06:24 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 71 | 24.21.205.152 | µTorrent 3.3 | 01/28/2013 04:19:50 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 72 | 67.5.161.115 | µTorrent 3.2 | 01/25/2013 11:30:04 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 73 | 76.115.114.44 | BitTorrent 7 | 01/22/2013 05:15:23 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Beaverton |
| 74 | 76.14.198.30 | BitTorrent 7 | 01/22/2013 01:56:43 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Wave Broadband | Sheridan |
| 75 | 76.115.76.42 | µTorrent 3.2 | 01/21/2013 06:40:01 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Mcminnville |

Exhibit 1                                   The Thompsons Film, LLC v. Does 1-155                                   2

| # | IP | Client | Date/Time | Hash | ISP | City |
|---|---|---|---|---|---|---|
| 76 | 50.53.25.66 | Deluge 2.2. | 01/21/2013 03:52:28 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Beaverton |
| 77 | 76.14.237.98 | µTorrent 3.2 | 01/20/2013 01:14:08 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Wave Broadba | Canby |
| 78 | 67.171.186.160 | BitTorrent 7 | 01/18/2013 09:39:06 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Beaverton |
| 79 | 75.164.170.73 | Vuze 4.5.0. | 01/18/2013 01:11:49 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 80 | 71.193.213.202 | BitTorrent 7 | 01/17/2013 05:18:29 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 81 | 173.164.115.81 | Vuze 4.8.1. | 01/17/2013 10:21:22 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Busir | Portland |
| 82 | 71.237.182.65 | Vuze 4.8.1. | 01/17/2013 09:52:53 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 83 | 50.53.190.12 | BitTorrent 7 | 01/16/2013 09:04:51 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Portland |
| 84 | 98.246.168.55 | µTorrent 3.2 | 01/16/2013 03:00:45 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 85 | 75.164.243.51 | µTorrent 3.2 | 01/15/2013 01:49:47 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 86 | 108.161.26.64 | Vuze 4.5.0. | 01/14/2013 04:38:13 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Fibersphere C | Hillsboro |
| 87 | 174.25.88.123 | µTorrent 3.2 | 01/13/2013 08:37:09 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 88 | 174.25.37.82 | Vuze 4.8.0. | 01/13/2013 01:30:57 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 89 | 71.193.224.9 | Vuze 4.7.2. | 01/12/2013 11:53:48 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | West Linn |
| 90 | 67.171.158.215 | µTorrent 3.2 | 01/12/2013 07:44:46 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Beaverton |
| 91 | 67.189.62.154 | Vuze 4.8.1. | 01/10/2013 03:22:57 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Beaverton |
| 92 | 24.21.163.201 | Transmissio | 01/10/2013 03:15:22 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 93 | 71.95.102.201 | BitTorrent 7 | 01/09/2013 11:35:18 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Hood River |
| 94 | 67.170.184.234 | µTorrent 3.2 | 01/08/2013 03:22:03 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 95 | 50.45.158.150 | µTorrent 3.2 | 01/07/2013 08:09:53 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Portland |
| 96 | 76.14.197.115 | µTorrent 3.2 | 01/06/2013 11:49:57 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Wave Broadba | Sheridan |
| 97 | 98.246.206.227 | Vuze 4.8.0. | 01/06/2013 09:42:57 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 98 | 50.137.142.174 | BitTorrent 7 | 01/06/2013 06:16:04 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Hillsboro |
| 99 | 98.246.253.243 | µTorrent 3.2 | 01/06/2013 03:03:55 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Beaverton |
| 100 | 71.237.140.172 | µTorrent 3.2 | 01/05/2013 10:01:24 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Lake Osweg |
| 101 | 24.22.11.208 | µTorrent 3.2 | 01/04/2013 10:18:30 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 102 | 76.115.88.142 | Vuze 4.8.0. | 01/04/2013 06:27:34 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Hillsboro |
| 103 | 50.137.149.240 | µTorrent 3.2 | 01/04/2013 04:17:10 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 104 | 71.95.108.57 | Vuze 4.8.1. | 01/04/2013 12:36:05 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | The Dalles |
| 105 | 98.246.179.160 | BitTorrent 7 | 01/04/2013 12:04:18 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Beaverton |
| 106 | 71.222.109.198 | Vuze 4.8.1. | 01/03/2013 08:47:08 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 107 | 76.105.152.80 | µTorrent 3.2 | 01/02/2013 08:41:09 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | West Linn |
| 108 | 71.34.78.217 | µTorrent 2.2 | 01/02/2013 06:48:49 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 109 | 98.246.9.206 | BitTorrent 7 | 01/02/2013 06:32:32 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |
| 110 | 50.39.177.106 | Vuze 4.5.0. | 01/02/2013 04:29:42 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Happy Valle |
| 111 | 67.5.179.42 | µTorrent Ma | 12/31/2012 05:28:21 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Portland |
| 112 | 67.171.149.104 | µTorrent 3.2 | 12/29/2012 01:32:16 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Beaverton |
| 113 | 76.105.160.79 | BitTorrent 7 | 12/24/2012 10:49:30 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cabl | Portland |

Exhibit 1                                    The Thompsons Film, LLC v. Does 1-155                                    3

| # | IP | Client | Date/Time | Hash | ISP | City |
|---|---|---|---|---|---|---|
| 114 | 76.115.51.165 | BitTorrent 7 | 12/20/2012 10:49:16 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 115 | 209.216.174.249 | BitTorrent 7 | 12/19/2012 06:45:41 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Gorge Network | Hood River |
| 116 | 24.20.70.237 | µTorrent 3.2 | 12/17/2012 10:06:56 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | West Linn |
| 117 | 76.115.140.40 | µTorrent 3.2 | 12/13/2012 03:25:08 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 118 | 50.53.116.17 | Vuze 4.8.0.0 | 12/09/2012 05:58:55 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | Portland |
| 119 | 24.21.39.44 | BitComet 1. | 12/08/2012 10:01:52 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Hillsboro |
| 120 | 24.20.85.127 | -UM15140 | 12/07/2012 09:06:56 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Oregon City |
| 121 | 98.232.253.112 | µTorrent 2.0 | 12/05/2012 07:35:36 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Wilsonville |
| 122 | 67.171.141.117 | µTorrent 3.2 | 12/05/2012 06:26:47 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 123 | 24.21.210.57 | µTorrent 3.2 | 12/03/2012 07:40:39 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Portland |
| 124 | 50.137.144.230 | µTorrent 3.2 | 01/22/2013 05:11:24 PM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Saint Helens |
| 125 | 98.246.113.25 | µTorrent 3.2 | 01/13/2013 12:39:08 AM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Gresham |
| 126 | 24.20.69.18 | µTorrent 3.1 | 01/05/2013 02:06:21 AM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Oregon City |
| 127 | 24.21.168.227 | Vuze 4.8.0.0 | 01/01/2013 06:24:30 AM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Portland |
| 128 | 76.115.116.53 | µTorrent 3.2 | 12/31/2012 10:38:24 AM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Beaverton |
| 129 | 71.193.171.62 | µTorrent 3.2 | 12/22/2012 01:30:43 PM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Oregon City |
| 130 | 67.189.21.228 | µTorrent 3.2 | 12/17/2012 02:18:28 AM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Comcast Cable | Beaverton |
| 131 | 24.21.87.209 | Transmission | 02/15/2013 09:36:31 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Comcast Cable | Portland |
| 132 | 67.170.160.252 | µTorrent 3.2 | 02/04/2013 06:16:03 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Comcast Cable | Portland |
| 133 | 50.43.55.56 | µTorrent 3.2 | 01/11/2013 05:42:49 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Frontier Comm | Gresham |
| 134 | 98.246.161.229 | -BA3300- | 01/08/2013 05:45:29 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Comcast Cable | Portland |
| 135 | 75.175.62.33 | libtorrent (R | 01/04/2013 06:01:19 PM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Century Link | Portland |
| 136 | 67.170.144.88 | µTorrent 3.2 | 01/01/2013 11:55:34 PM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Comcast Cable | Portland |
| 137 | 67.189.96.252 | µTorrent 3.2 | 01/01/2013 01:15:25 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Comcast Cable | Hillsboro |
| 138 | 71.36.102.152 | µTorrent 3.0 | 12/31/2012 12:34:12 PM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Century Link | Portland |
| 139 | 71.222.85.66 | BitComet 1. | 12/25/2012 09:09:55 AM | SHA1: E9B2E49113086845E0F92FC5B06D2CFAE44731D4 | Century Link | Portland |
| 140 | 71.93.8.87 | BitTorrent 7 | 02/13/2013 04:24:22 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Brookings |
| 141 | 68.185.9.193 | µTorrent 3.2 | 01/20/2013 11:33:14 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Medford |
| 142 | 71.34.228.13 | BitTorrent 7 | 01/07/2013 02:33:27 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Medford |
| 143 | 75.142.155.118 | Vuze 4.8.1.2 | 01/05/2013 09:54:04 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Talent |
| 144 | 24.216.229.231 | µTorrent 3.1 | 01/05/2013 02:03:12 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Medford |
| 145 | 50.38.43.60 | BitTorrent 7 | 01/03/2013 11:00:18 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Frontier Comm | North Bend |
| 146 | 24.216.230.222 | µTorrent 3.2 | 01/01/2013 11:12:24 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Medford |
| 147 | 68.186.28.13 | µTorrent Ma | 01/01/2013 06:22:03 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Grants Pass |
| 148 | 68.186.75.61 | µTorrent 3.2 | 12/29/2012 05:12:53 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Grants Pass |
| 149 | 68.186.65.70 | µTorrent 3.2 | 12/23/2012 10:24:46 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Coos Bay |
| 150 | 75.142.129.244 | µTorrent 3.2 | 12/10/2012 10:42:27 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Central Point |
| 151 | 71.92.150.43 | µTorrent 3.2 | 12/10/2012 06:37:21 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Grants Pass |

Exhibit 1                              The Thompsons Film, LLC v. Does 1-155                              4

| 152 | 97.94.232.172 | µTorrent 3.2 | 01/12/2013 05:45:52 PM | SHA1: 88144855EEC090F98A93D85547BD540A8EF50716 | Charter Comm | Medford |
| 153 | 96.39.206.229 | µTorrent 3.1 | 01/19/2013 10:38:09 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Pendleton |
| 154 | 76.191.79.111 | µTorrent 3.2 | 01/08/2013 05:28:56 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | vanoppen.biz | Pendleton |
| 155 | 66.189.147.42 | Vuze 4.8.1.2 | 01/02/2013 01:57:22 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Comm | Pendleton |

Exhibit 1    The Thompsons Film, LLC v. Does 1-155    5