Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Jonathan van Heel, OSB No. 095349
email: jvh@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| The Thompsons Film, LLC, | Case No.: 6:13-cv-00469-TC |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY; MEMORANDUM OF LAW; [PROPOSED] ORDER |
| DOES 1 – 155, | |
| Defendants. | EXPEDITED HEARING REQUESTED |

PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY

Pursuant to Federal Rules of Civil Procedure 26 and 45, Plaintiff hereby moves this Court *ex parte* for an Order permitting Plaintiff to take limited discovery to ascertain the identity of defendants designated in Exhibit 1 of the complaint prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum of Law.

Plaintiff requests a hearing on this matter on an expedited basis.

DATED: March 19, 2013.

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Crowell Law
P.O. Box 923
Salem, OR 97308

PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY          Page 1 of 1