Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Jonathan van Heel, OSB No. 095349
email: jvh@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE THOMPSONS FILM, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>DOES 1 – 155,<br><br>         Defendants. | Case No.: 6:13-cv-00469-TC<br><br>PLAINTIFF'S RULE 7.1 DISCLOSURE |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, The Thompsons Film, LLC, states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: March 19, 2013.

Respectfully submitted,
CROWELL LAW

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for the plaintiff