IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| THE THOMPSONS FILM, LLC, ) | |
| ) | No. 6:13-CV-00469-TC |
| Plaintiff, ) | |
| ) | DOE 58'S |
| v. ) | MOTION TO QUASH SUBPOENA |
| ) | |
| DOES 1-155, ) | |
| ) | |
| Defendant. ) | |

I am apparently a potential defendant in this matter. I respectfully request that the Court quash the subpoena plaintiff has served upon Comcast to the extent it seeks to compel Comcast to disclose identifying and contact information about me.

I live and work in the Portland, Oregon metropolitan area. The distance from my home to the courthouse in Eugene is slightly over 100 miles.

I did not download any movie on the January 2, 2013 "Hit Date" indicated in the subpoena. No one in my home downloaded a movie on the "Hit Date" indicated in the subpoena. I do, however, have a wireless router. Until recently, I did not know the wireless router had security features to allow me to block people outside my household from using my internet connection. If a movie was downloaded to my IP address January 2, 2013, it was done by someone outside of my household. Comcast disclosing identifying and confidential contact information about me to plaintiff may well result in my having to go through the time and expense of having to defend myself against

///

1—JOHN DOE #58'S MOTION TO QUASH SUBPOENA

claims that have no basis in fact. I believe defending myself against a lawsuit without merit over 100 miles from my home to be unduly burdensome.

I respectfully respect the subpoena be quashed.

I authorize communications to me regarding this matter to be directed to:

> Ted A. Martin, OSB# 93354
> PO Box 56176
> Portland, Oregon 97238
> (360) 852-7111
> redside666@outlook.com

I hereby declare the above statement is true to the best of my knowledge and belief, and that I understand that it is made for use as evidence in court and subject to penalty for perjury.

DATED THIS 23rd DAY OF APRIL, 2013.

_____
John Doe #58
IP address 76.105.152.80

2—JOHN DOE #58'S MOTION TO QUASH SUBPOENA

Certificate of Service

I certify I served a true copy of the foregoing John Doe #58's Motion to Quash Subpoena on:

>Jonathon T. van Heel
>Crowell Law
>PO Box 923
>Salem, Oregon 97308

Of Attorney for Plaintiff

by postage prepaid regular US Mail addressed as shown above this date.

DATED THIS 23rd DAY OF APRIL, 2013.

_____
John Doe #58
IP address 76.105.152.80

CERTIFICATE OF SERVICE