04/18/2013

To Honorable Magistrate Judge Thomas M. Coffin

In Reference to

The Thompsons Film, LLC v. Does 1-155

United States District Court for the District of Oregon

Docket No.: 6:13-cv-00469

Order Entered: March 20, 2013

Comcast File #: 461600

Your Honor,

    I wish to remain anonymous. I do not want my information given to the plaintiff. I am innocent and did not download or upload the plaintiff's copyrighted material. I don't work for free and I wouldn't expect motion picture creators to work for free either. We should all be compensated for our work. I wouldn't download or upload movies, or copyrighted work because I wouldn't want someone to download or upload my work.

    I am alarmed to discover that my I.P. address has been allegedly used to upload or download a movie copyrighted by The Thompsons Film, LLC. I am denying any and all involvement if that alleged act did in fact take place, which I do not believe it did. I live in a residence with multiple roommates each with multiple devices connected to the internet via a wireless router. The Comcast bill just happens to be in my name as other bills are in other roommates names. The household internet may be in use at any given time by any of the residents or friends and family that come to visit. There is no way to distinguish whom may have been connected at that time.

    I should not be held liable for the alleged copyright infringement of another simply because that person used the shared internet connection to download or upload illegal material without my knowledge or consent. I do not believe anyone residing at this residence illegally downloads or uploads files to the internet.

    I do not want my personal information disclosed to the Plaintiff, and I move to quash and vacate any and all references to John Doe #63 and IP 24.20.70.237 regarding court case 6:13-CV-00469. I also request that my internet service provider, Comcast, withhold disclosure of my personal information as well.

Doe #63

Doe63_461600@yahoo.com