United States District Court for the District of Oregon

FILED 25 APR '13 11:02 USDC-ORE

Regarding Civil Action No.   6:13-cv-00469-TC

The Thompsons Film, LLC (plaintiff)   V.   Does 1-155 (defendant)

I hereby OBJECT to the release of any and all personal information related to the defendant Doe No. 14 (IP Address 24.216.230.222)